UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-33944 |
| | ) | |
| | ) | |
| Robert Williams, | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO APPROVE LOAN MODIFICATION

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to Court to enter an Order granting the Debtor permission to enter into a loan modification.

IT IS HEREBY ORDERED:

That Debtor's motion to enter into a Loan Modification with Wells Fargo Home Mortgage is hereby allowed.

Enter:

_Jacqueline B. Cox_
J. Cox

United States Bankruptcy Judge

Dated:    APR - 4 2016

**Prepared by:**
Megan M. Olson
Counsel for Debtor,
STAHULAK & ASSOCIATES
53 W. Jackson Blvd., Ste. 652
Chicago, IL 60604
(312) 662-1480 | (312) 268-7328 fax
info@getfiled.com

Rev: 20120501_bko